**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**WILLIAM JOHNSON**                                                                 **PLAINTIFF**

**v.**                                                                 **NO. 3:11CV81-M-S**

**THE GEO GROUP, INC., ET AL.**                                                       **DEFENDANTS**

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated August 29, 2011, and the September 9, 2011, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1.     That the Report and Recommendation of the United States Magistrate Judge dated August 29, 2011, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.     That all of the plaintiff's allegations against defendants MSP Commissary Manager and Jessie Streeter are **DISMISSED** for failure to state a claim upon which relief could be granted.

3.     That the plaintiff's claims against the remaining defendants will proceed.

THIS, the 23rd day of September, 2011.

/s/ **MICHAEL P. MILLS**
**CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**